Alex L. Fugazzi
Nevada Bar No. 9022
Casey G. Perkins
Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
Email: cgperkins@swlaw.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENELYN BAUTISTA,<br><br>  Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; and DOES I through X, inclusive,<br><br>  Defendants. | Case No.: 2:13-cv-01842-JCM-CWH<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

  Plaintiff Renelyn Bautista and Defendant Liberty Mutual Fire Insurance Company hereby stipulate and agree, jointly request that the Court order this Removed Action remanded back to the Eighth Judicial District Court for Clark County, Nevada.

  The parties further stipulate and agree that any damages to which Plaintiff might be entitled in this action do not exceed $50,000 and that, upon remand, Plaintiff will file an amended complaint: (1) removing all allegations related to any claims that Liberty Mutual violated of Nevada's unfair claims settlement practices act; (2) removing all allegations related to any claims any claim that she is entitled to punitive damages; and (3) specifying that the total amount of damages sought is $50,000 or less.

  The parties further stipulate and agree that, consistent with the Nevada's state court rules of civil procedure, Liberty Mutual shall not be required to answer or otherwise respond to

Plaintiff's allegations until ten days after Plaintiff files her amended complaint with the Eighth Judicial District Court.

IT IS SO STIPULATED.

DATED this __1st__ day of November, 2013.   DATED this __1st__ day of November, 2013.

SNELL & WILMER L.L.P.                         SEEGMILLER & ASSOCIATES

By: /s/ Casey G. Perkins                      By: /s/ Robert L. English
Alex L. Fugazzi                               Clark Seegmiller
Nevada Bar No. 9022                           Nevada Bar No. 3873
Casey G. Perkins                              Robert L. English
Nevada Bar No. 12063                          Nevada Bar No. 3504
3883 Howard Hughes Pkwy., Ste. 1100           10655 Park Run Drive, Suite 250
Las Vegas, NV 89169                           Las Vegas, NV 89144

Attorneys for Defendant                       Attorneys for Plaintiff
LIBERTY MUTUAL FIRE                           RENELYN BAUTISTA
INSURANCE COMPANY

## ORDER

The Court hereby orders the Removed Action remanded back to the Eighth Judicial District Court for Clark County, Nevada.

IT IS SO ORDERED this __15th__ day of November, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Casey G. Perkins
Alex L. Fugazzi
Nevada Bar No. 9022
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO REMAND TO STATE COURT** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Clark Seegmiller, Esq.
Robert L. English, Esq.
SEEGMILLER & ASSOCIATES
10655 Park Run Drive, Suite 250
Las Vegas, NV 89144
Telephone: (702) 966-7777
Facsimile: (702) 966-7778
Attorneys for Plaintiff
RENELYN BAUTISTA

DATED this 1st day of November, 2013.

_____
An Employee of Snell & Wilmer L.L.P.

18168631